## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

JEAN PIERRE GENDRON

No. 2:25-cr-00149-JAW

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Bank Robbery)

On about August 7, 2025, in the District of Maine, the defendant

## JEAN PIERRE GENDRON

by intimidation, took from the person and presence of another, money belonging to and in the care, custody, control, management and possession of Victim Bank located in Westbrook, Maine, whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE NOTICE

1.   Upon conviction of the offense in violation of Title 18, United States Code, Section 2113(a) set forth in Count One of this Indictment, the defendant,

## JEAN PIERRE GENDRON

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

a.  $6,370.00 in US Currency; and

b.  a money judgment in the amount of those proceeds.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

ASSISTANT UNITED STATES ATTORNEY

DATED: October 1, 2025